UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALFREDO SERAPIO CRUZ, et al.,

                              Plaintiffs,                    18-CV-04940 (SN)

              -against-                                **ORDER OF DISMISSAL**

WIMPY'S RESTAURANT INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on October 24, 2018, and agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on November 16, 2018. See ECF No. 31. The parties then consented to my jurisdiction that same day, see ECF No. 30, and the Honorable Analisa Torres entered the referral order on November 19, 2018.

      Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                             SARAH NETBURN
                                                                             United States Magistrate Judge

DATED:     November 26, 2018
                New York, New York